United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| IN THE COMPLAINT AND § <br> PETITION OF WILLIAM BOOTZ, AS § <br> OWNER OF A 1998 CARVER 445 AFT § <br> CABIN MOTOR YACHT, HIN § <br> CDRCA013J798, FOR § <br> EXONERATION FROM OR § <br> LIMITATION OF LIABILITY | CIVIL ACTION NO. 3:21-cv-00301 |

## ORDER AND OPINION

Before me is Claimants' Opposed Motion to Lift Stay/ Dissolve the Limitation Injunction (Dkt. 20), and three amended stipulations filed in support of the motion. *See* Dkts. 33-1, 33-2, and 33-3. After reviewing the pleadings on file, the amended stipulations, and Limitation Plaintiff's notice of withdrawal of his objections to the stay (Dkt. 36), Claimants' Opposed Motion to Lift Stay/ Dissolve the Limitation Injunction (Dkt. 20) is **GRANTED**.[1]

My Order of December 14, 2021, restraining prosecution of claims against Petitioner William Bootz is **LIFTED** pursuant to the terms of the amended stipulations filed by Claimants, Natalie Noack and Scott Levantino, Individually and as Co-Representatives of the Estate of Noelle Levantino. *See* Dkts. 33-1, 33-2, and 33-3. The amended stipulations remain in effect throughout the pendency of this or any related litigation.

Further, it is **ORDERED** that this case is administratively closed, pending the outcome of the related state court lawsuit.

Finally, the parties are **INSTRUCTED** to notify the Court when the state court lawsuit concludes.

SIGNED this 10th day of May 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

---

[1] An order lifting a stay in a limitation action is a non-dispositive pretrial matter that a magistrate judge can decide.